# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SALCEDO,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendant. | Case No.  1:24-cv-00160-NODJ-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 5) |

On November 22, 2023, Plaintiff filed this action in the Superior Court of the State of California, County of Fresno, Case No. 23CECG04835. (ECF No. 1.) On February 2, 2024, Defendant removed the action to this Court. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant's responsive pleading is due on February 9, 2024. (See ECF No. 5 at 1.) On February 7, 2024, the parties filed a stipulation for an extension of time for Defendant to file a responsive pleading by twenty-eight (28) days, making the responsive pleading due on or before March 8, 2024. (ECF No. 5.) The stipulation is self-executing without court approval under Local Rule 144. L.R. 144(a) ("Unless the filing date has been set by order of the Court, an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint . . . *may* be filed *without approval of the Court* if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation. All other extensions of time must be approved by the Court") (emphasis added). Despite the stipulation's

self-executing nature, the parties filed a proposed order requesting that this Court grant the parties' stipulation for extension of time for Defendant to file its responsive pleading. Therefore, the Court shall issue an order approving the stipulation.

Accordingly, IT IS HEREBY ORDERED that the deadline for Defendant to file a responsive pleading shall be extended until **March 8, 2024**.

IT IS SO ORDERED.

Dated:   **February 8, 2024**

UNITED STATES MAGISTRATE JUDGE